FILED
2012 MAR -8 PM 1: 35

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIM MARIE BROOKINS,

    Plaintiff,

CASE NO.: 6:12-CV-378-ORL-18 GJK

vs.

JUDGE:_____

STATE OF FLORIDA DEPARMTENT OF
HIGHWAY SAFETY and MOTOR VEHICLES
and Trooper MICHAEL HARMAN, II, individually
and in his official capacity,

    Defendants.

_____/

## NOTICE OF REMOVAL

Defendant, Trooper MICHAEL W. HARMAN, II, by and through his undersigned attorneys, and pursuant to 28 U.S.C. § 1446, hereby removes this cause now pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, styled as *Kim Marie Brookins vs. State of Florida Department of Highway Safety and Motor Vehicles and Trooper Michael Harman, II*, Case Number 2012-CA-2082 and would state:

    1.    On or about February 8, 2012, the above-entitled action was commenced in the Circuit Court in and for Orange County, Florida, against Defendants, STATE OF FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES and Trooper MICHAEL W.

HARMAN, II, pursuant to 42 U.S.C. Section 1983 for alleged violations of Plaintiff's constitutional rights. Plaintiff also asserts in that action that said Defendants are also liable to him for damages pursuant to various state common law tort theories. Plaintiff has alleged that Defendant, Trooper MICHAEL W. HARMAN, II, was at times material to this action a state trooper, employed by the State of Florida Department of Highway Safety and Motor Vehicles, Florida Highway Patrol. Plaintiff further alleges that Defendant, Trooper MICHAEL W. HARMAN, II, violated Plaintiff's Fourth Amendment rights "to be free from excessive use of force" and that as a result of such allegedly unconstitutional actions, Plaintiff suffered damages that are recoverable pursuant to 42 U.S.C. Section 1983.

3. Pursuant to 28 U.S.C. Section 1446(a), a defendant desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which said action is pending a notice of removal. Pursuant to 28 U.S.C. Section 1331(a), "[t]he district court shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States..." As Plaintiff's cause of action pursuant to 42 U.S.C Section 1983 arises under the Constitution and laws of the United States, the United States District Court for the Middle District of Florida has original jurisdiction over this matter and removal is proper. Pursuant to 28 U.S.C. Section 1367(a) states that if

the district court has original jurisdiction over a claim in an action, then the district court also may exercise supplemental jurisdiction over all other related claims within such original jurisdiction, so as to form part of the same case or controversy under Article III of the United States Constitution.

4      Defendant, Trooper MICHAEL W. HARMAN, II, was served with process on February 17, 2012.

5      A copy of Plaintiff's Complaint setting forth the claim for relief upon which the action is based was first received by Defendant, Trooper MICHAEL W. HARMAN, II, on February 17, 2012.

6      The undersigned counsel is authorized to represent to this Court that Defendant, STATE OF FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, consents to removal.

7      Defendant, Trooper MICHAEL W. HARMAN, II, files herewith a copy of all process, pleadings and orders served upon said Defendant in this action.

8      Defendant, Trooper MICHAEL W. HARMAN, II, will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

9.     A copy of this Notice will be filed with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, as required by 28 U.S.C. § 1446(d). Copies of the Notice to Adverse Parties of

3

Notice of Removal and the Notice of Filing Notice of Removal filed with the State Court are filed concurrently herewith.

WHEREFORE Defendant, Trooper MICHAEL W. HARMAN, II, requests that this action proceed in this Court as an action properly removed to it.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail Delivery to: JEREMY K. MARKMAN, ESQUIRE, 941 Lake Baldwin Lane, Suite 101, Orlando, Florida 32814 this 7th day of March, 2012.

ROBERT D. KEOUGH, ESQUIRE
KEOUGH & DUBOSE, P.A.
1516 East Colonial Drive, Suite 105
Post Office Box 1609
Orlando, Florida 32802-1609
(407) 849-5050
Florida Bar No. 321583
jlsimcoe@cfl.rr.com
Attorneys for Defendant,
MICHAEL HARMAN