UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIM MARIE BROOKINS,

               Plaintiff,

-vs-                                             Case No. 6:12-cv-378-Orl-18GJK

STATE OF FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES, MICHAEL W. HARMAN, II,

               Defendants.
_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motions:

| MOTION: | UNOPPOSED MOTION TO STRIKE DEFENDANT'S SECOND AFFIRMATIVE DEFENSE, MOTION TO STRIKE DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE (Doc. No. 22) |
|---|---|
| FILED: | May 1, 2012 |
| THEREON it is RECOMMENDED that the motion be GRANTED in part and DENIED in part. | |

*So Ordered*
*[signature] 25 June 12*
*G. Kendall Sharp*
*U.S. District [Judge]*